IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LENZIE HAWK, et al.,

    Plaintiffs,

    vs.

THE NCR CORPORATION,

    Defendant.

:
:
:
:
:

Case No. 3:06-CV-301

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY OVERRULING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES (DOC. #56), WITHOUT PREJUDICE TO RENEWAL AT CONCLUSION OF APPELLATE PROCESS, SHOULD THIS COURT'S JUDGMENT BE AFFIRMED

---

The captioned cause is on appeal from this Court's judgment of August 27, 2009 (Doc. #55), entered in favor of Plaintiffs and against Defendant herein. Accordingly, Plaintiffs' Motion for Attorneys' Fees (Doc. #56) is overruled, without prejudice to renewal, at the conclusion of the appellate process, should this Court's judgment be affirmed.

September 27, 2010

                                      */s/ Walter Herbert Rice*
                                      WALTER HERBERT RICE
                                      UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record